# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:05cr117LAC

GREGORY JONES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __January 10, 2006__
Motion/Pleadings: __MOTION TO SUPPRESS EVIDENCE AND STATEMENTS__
Filed by __DEFENDANT__ on __12/23/05__ Doc.# __22__
RESPONSES:
BY GOVERNMENT _____ on __1/6/06__ Doc.# __25__
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of April, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) See record of sentencing proceedings.*

                                                *s/L.A. Collier*
                                                ***LACEY A. COLLIER***
                                                ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.