**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                  CASE NO.  3:05cr117/LAC/MD

GREGORY FONTAINE JONES

**REFERRAL AND ORDER**

Referred to Judge Collier on     October 31, 2007
Type of Motion/Pleading: MOTION FOR A RECONSIDERATION OF THE MAGISTRATE JUDGE'S ORDER, SUA SPONTE, DENYING THE MOVANT'S MOTION FOR LEAVE TO AMEND INITIAL MOTION TO VACATE 28 U.S.C. § 2255
Filed by: MOVANT          on 10/31/07    Document 55
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                        on             Doc.#
                                        on             Doc.#
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Donna Bajzik*
                                        Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 1st day of November, 2007, that:

(a) The motion for reconsideration is granted to the extent this order has issued. The court has reconsidered the magistrate judge's order and finds that the defendant's motion to amend was properly denied.

(b) _____

                                        *s/L.A. Collier*
                                        LACEY A. COLLIER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.