IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.:    3:05cr117/LAC
                                                                    3:07cv193/LAC/MD
GREGORY FONTAINE JONES
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 5, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The motion to vacate, set aside, or correct sentence (doc. 46) is DENIED.

DONE AND ORDERED this 7th day of January, 2008.


                                                    s/L.A. Collier
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**