IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                       Case No.:   3:05cr117/LAC
                                                      3:07cv193/LAC/MD
**GREGORY FONTAINE JONES**
_____

ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation filed on December 5, 2007. The defendant has filed objections pursuant to 28 U.S.C. § 636(b)(1), and I have made a <u>de novo</u> determination of those portions of the report to which an objection has been made.

Having considered the report and all objections thereto, I have determined that the report and recommendation should adopted.

Accordingly, the Court's original order (doc. 58) is AFFIRMED.

DONE AND ORDERED this 12th day of March, 2008.

*s/L.A. Collier*_____
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**