# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:05cr117-LAC/MD
                                                                         3:07cv193-LAC/MD

GREGORY FONTAINE JONES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on March 27, 2008

Motion/Pleadings: MOTION FOR CLARIFICATION OF COURT ORDER OF MARCH 12, 2008 RECONSIDERATION OF THE SAME

Filed by DEFENDANT      on 3/26/08      Doc.# 65

RESPONSES:

                                    on               Doc.#
                                    on               Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed   ____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ *Donna Bajzik*
LC (1 OR 2)                       Deputy Clerk: Donna Bajzik

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of April, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) The Order (doc 64) states very clearly that, after reviewing defendant's late objections, it is affirming this Court's Order (doc 58) adopting the Magistrate's Report and Recommendation (doc 57) denying defendant's Motion to vacate, set aside, or correct sentence (doc 46). Judgment was entered on 7 January 2008 (doc 59). Reconsideration is denied.*

                                                        s/*L.A. Collier*
                                                       **LACEY A. COLLIER**
                                          *Senior United States District Judge*