**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                           Case No: 3:05cr117/LAC
                                                                                        3:07cv193/LAC/MD

GREGORY FONTAINE JONES

---

### ORDER

The defendant has filed a notice of appeal (doc. 67) indicating his desire to appeal from this court's order denying his motion to vacate filed pursuant to § 2255, his motion for leave to amend his motion to vacate, his motion for reconsideration of denial of motion for leave to amend his motion to vacate, and his motion for reconsideration of the denial of his motion to vacate, and his request for a certificate of appealability.  (Doc. 68).   Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.  Defendant's motion for leave to proceed *in forma pauperis* (doc. 69) should also be denied as the court finds that the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).  Defendant  shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 30th day of April, 2008.

                                                                        s/*L.A. Collier*
                                                                        **LACEY A. COLLIER
                                                                        SENIOR UNITED STATES DISTRICT JUDGE**