≈AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Gregory Fontaine Jones ) | Case No: 3:05cr117/LAC |
| ) | USM No: 06268-017 |
| Date of Previous Judgment:   26 April 2006 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☒ Other (explain): The previous term of imprisonment imposed (240 months) was less than the mandatory minimum (life) applicable to the defendant at the time of sentencing as a result of a 5K1.1 departure. Despite the reduced guideline range, the mandatory minimum of life still applies, and no further reduction of sentence is warranted.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   26 April 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   30 April 2008                                   s/ *L.A. Collier*
                                                                                    Judge's signature

Effective Date: _____                         Lacey A. Collier, Senior U.S. District Judge
  (if different from order date)                                Printed name and title