# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                     CASE NO.  3:05cr117LAC

GREGORY FONTAINE JONES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___May 2, 2008_____

Motion/Pleadings:___MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO____

TITLE 18 U.S.C. SECTION 3582(c)(2)_____

Filed by_ DEFENDANT PRO SE_____ on_4/22/08_____ Doc.# _78_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

                        WILLIAM M. McCOOL, CLERK OF COURT

_____         *s/Mary Maloy*_____

LC (1 OR 2)           Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 76.*

_____ *s/L. A. Collier*_____

                                    ***LACEY A. COLLIER***

                    ***Senior United States District Judge***

```
Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

Document No.