# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:05cr117LAC

GREGORY FONTAINE JONES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   MAY 14, 2008

Motion/Pleadings: MOTION FOR RECONSIDERATION (OF ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 USC § 3582(c)(2) )

Filed by DEFENDANT PRO SE   on 5/14/08   Doc.# 82

RESPONSES:

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) Case is on appeal.*

                                                  *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                          *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.